UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD J. BRUZA,

      Plaintiff,                              Case No: 1:07-cv-1027

v                                         HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## **JUDGMENT**

      Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court affirm the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 10) is **APPROVED and ADOPTED** as the opinion of the Court and the decision of the Commissioner of Social Security is **AFFIRMED**.

Dated: August 22, 2008                    /s/Janet T. Neff
                                                JANET T. NEFF
                                                UNITED STATES DISTRICT JUDGE